

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO. CR415-179 |
| ) | |
| LARON ALLEN, ) | |
| ) | |
| Defendant. ) | |

## O R D E R

Before the Court is Defendant's letter to this Court requesting certain documents. (Doc. 36.) Defendant seeks the indictment in this case, the sentencing transcripts, the plea agreement, as well as the presentence report. (Id. at 1.)

Defendant states that he needs these documents to "show the court of appeal [sic] that my counsel wasn't to file for a notice of appeal because of health issues." (Id.) This Court is unclear what type of appeal or filing Defendant is seeking to pursue before, presumably, the United States Court of Appeals for the Eleventh Circuit. It does appear, however, that Defendant has not yet initiated the appeal. "To obtain free copies of documents in a criminal case, a defendant must show that the documents are necessary to decide an issue presented by suit or appeal." United States v. Hodges, No. CR 305-024, 2010 WL 11474089,

at *1 (S.D. Ga. Aug. 19, 2010) (citing 28 U.S.C. § 753(f); Walker v. United States, 424 F.2d 278, 278-79 (5th Cir. 1970)). Additionally, the United States Court of Appeals for the Eleventh Circuit has stated that

> a request by a prisoner for access to the court files of his underlying criminal conviction is premature prior to the filing of a collateral attack on that conviction; a prisoner is entitled to access to the court files only after he has made a showing that such files are necessary to the resolution of an issue or issues he has presented in a non-frivolous pending collateral proceeding.

Hansen v. United States, 956 F.2d 245, 248 (11th Cir. 1992). From Defendant's letter, this Court is unable to discern any basis for providing Defendant with the documents free of cost. Thus, to the extent that Defendant is seeking to have copies of the documents furnished to him at no cost, Defendant's request (Doc. 36) is **DENIED**. However, if Defendant would like to pay for copies of the requested documents, he may contact the Clerk of Court.

SO ORDERED this 28th day of June 2019.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA